## ROBERTS v STATE

Ohio Appeals, 2nd Dist, Franklin Co

No 2213.  Decided Feb 6, 1933

John E. Sater, Columbus, and Horace S. Kerr, Columbus, for plaintiff in error.

Donald J. Hoskins, Prosecuting Attorney, Columbus, Ralph J. Bartlett, Columbus, and Forrest R. Detrick, Worthington, Ass't Prosecuting Attorney, for defendant in error.

### BY THE COURT

We have carefully considered the application, the splendid brief and the forceful oral argument of counsel on the application for rehearing.  We have likewise examined the case of **Harris v State, 125 Oh St, 257,** but feel that it in no wise is contradictory of any legal premise upon which our former opinion was based.

The other phases of the oral argument were specially considered and discussed in our opinion.

The brief questions the charge of the court on corroboration of an accomplice. We find the charge sufficient.  In any event against the general exception.

It is urged that compulsion and duress appear to have dominated and controlled the State's witnesses in their testimony. We are satisfied that such a condition did not exist to an extent requiring the court to so find as a matter of law.  The facts indicating compulsion as well as the credence to be given the testimony of the witnesses for and against the State, it was the province of the jury to consider and weigh.

If true, the record in our judgment supports the conviction.  As we said in our former decision, if acting as a jury, we would have hesitated to convict, but to set this verdict aside as manifestly against the weight of the evidence would necessarily require us to invade the clear field of the jury.

The application will therefore be overruled.

ALLREAD, PJ, HORNBECK and KUNKLE, JJ, concur.

## FIRST-FARMERS NAT'L BANK v

### GILBERT

Ohio Appeals, 2nd Dist, Darke Co

No 417.  Decided Jan 25, 1933

Billingsley & Mannix, Greenville, for plaintiff in error.

J. M. Hoel, Greenville, and L. E. Kerlin, Greenville, for defendant in error.

### BY THE COURT

A motion for a rehearing has been filed with the Clerk of the Courts within the time prescribed by the rules.  The motion has not been brought to the attention of this court within the time fixed by the rule of the court.  Nevertheless we will consider the motion for rehearing.

Counsel in their motion called the court's attention to the case of **Blake v Hamilton Dime Savings Bank Company, 79 Oh St, 189,** and to the portion of the opinion appearing at page 195.  We have examined the opinion in that case but we do not think that there is anything decided by the court in that case which is in conflict with the decision here.  The motion for rehearing is therefore overruled.

ALLREAD, PJ, HORNBECK and KUNKLE, JJ, concur.